# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 7/13/2023    Time: 10:00 a.m.

Defendant: ANTHONY FAUSTIN (B)    J#: 67771-510    Case #: 23-20275-CR-RUIZ
AUSA: Will Rosenzweig    Attorney: AFPD, Andrew Jacobs
Violation: CONSP/Commit Wire/Bank Fraud/Aggravated ID Theft/Poss/15+Unauthorized Access Devices
Proceeding: ARRAIGNMENT    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: STIP $100K PSB    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition:
Brady Order previously given.
Defendant Arraigned. Reading of the Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested. All further proceedings before Judge Ruiz.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. JG-10:03:22    Time in Court: 1 min.